United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 12, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ARAMIS INTERACTIVE, LLC, | ) | Case No. 24-90467 (ARP) |
| Debtor. | ) | |
| Tax I.D. No. 61-1719135 | ) | |
| In re: | ) | Chapter 11 |
| DIGITAL MEDIA SOLUTIONS, INC., | ) | Case No. 24-90468 (ARP) |
| Debtor. | ) | |
| Tax I.D. No. 98-1399727 | ) | |
| In re: | ) | Chapter 11 |
| AIMTELL HOLDCO, INC., | ) | Case No. 24-90469 (ARP) |
| Debtor. | ) | |
| Tax I.D. No. 87-3191701 | ) | |
| In re: | ) | Chapter 11 |
| AIMTELL LLC, | ) | Case No. 24-90470 (ARP) |
| Debtor. | ) | |
| Tax I.D. No. 81-2101619 | ) | |
| In re: | ) | Chapter 11 |
| APEX DIGITAL SOLUTIONS, LLC, | ) | Case No. 24-90472 (ARP) |
| Debtor. | ) | |
| Tax I.D. No. 84-5186428 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ART BROCK HOLDINGS, LLC, | ) | Case No. 24-90475 (ARP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 83-2835588 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BEST RATE HOLDINGS, LLC, | ) | Case No. 24-90477 (ARP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 81-2999663 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BEST RATE REFERRALS, INC., | ) | Case No. 24-90479 (ARP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 82-0739283 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CAR LOAN PAL HOLDINGS LLC, | ) | Case No. 24-24-90483 (ARP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 46-5259649 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CEP V DMS US BLOCKER COMPANY, | ) | Case No. 24-90487 (ARP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 35-2551290 | ) | |

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CGIW MARKETING SERVICES, LLC, | ) ) ) | Case No. 24-90471 (ARP) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 83-2840264 | ) ) | |
| In re: | ) ) | Chapter 11 |
| DEALTAKER, LLC, | ) ) ) | Case No. 24-90476 (ARP) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 83-2644401 | ) ) | |
| In re: | ) ) | Chapter 11 |
| DIGITAL MEDIA SOLUTIONS HOLDINGS, LLC, | ) ) ) | Case No. 24-90481 (ARP) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 83-1213740 | ) ) | |
| In re: | ) ) | Chapter 11 |
| DIGITAL MEDIA SOLUTIONS, LLC, | ) ) ) | Case No. 24-90485 (ARP) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 90-0824110 | ) ) | |
| In re: | ) ) | Chapter 11 |
| DMS EDUCATION LLC, | ) ) ) | Case No. 24-90488 (ARP) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 83-2795319 | ) | |

3

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DMS ENGAGE, LLC, | ) | Case No. 24-90491 (ARP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 82-2584938 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| DMS UE ACQUISITION HOLDINGS INC., | ) | Case No. 24-90495 (ARP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 84-3534105 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EDGE MARKETING, LLC, | ) | Case No. 24-90500 (ARP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 35-2709414 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| FORTE MEDIA SOLUTIONS, LLC, | ) | Case No. 24-90503 (ARP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 80-0806270 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HEALTH MARKET ADVISOR GROUP, LLC, | ) | Case No. 24-90473 (ARP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 82-1768079 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORANGE CEDAR HOLDINGS, LLC, | ) | Case No. 24-90480 (ARP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 83-2914610 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PEAK VERTEX LLC, | ) | Case No. 24-90484 (ARP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 88-1107504 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PERFORMANCE MARKETERS GROUP, LLC, | ) | Case No. 24-90489 (ARP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 83-3207747 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PROTECT.COM LLC, | ) | Case No. 24-90502 (ARP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 90-0824110 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PURE FLOW MARKETING, LLC, | ) | Case No. 24-90501 (ARP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 46-3327199 | ) | |

5

| | |
|---|---|
| In re: | Chapter 11 |
| PUSHPROS LLC, | Case No. 24-90497 (ARP) |
| Debtor. | |
| Tax I.D. No. 43-2056223 | |
| In re: | Chapter 11 |
| RGO MEDIA LLC, | Case No. 24-90494 (ARP) |
| Debtor. | |
| Tax I.D. No. 83-2904024 | |
| In re: | Chapter 11 |
| SCHOOLADVISOR, LLC, | Case No. 24-90493 (ARP) |
| Debtor. | |
| Tax I.D. No. 47-3032551 | |
| In re: | Chapter 11 |
| SHE IS MEDIA, LLC, | Case No. 24-90474 (ARP) |
| Debtor. | |
| Tax I.D. No. 46-2822343 | |
| In re: | Chapter 11 |
| SMARTERCHAOS.COM, LLC, | Case No. 224-90478 (ARP) |
| Debtor. | |
| Tax I.D. No. 45-4946231 | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SPARKROOM HOLDINGS, LLC, | ) | Case No. 24-90482 (ARP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 81-1382771 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SPARKROOM, LLC, | ) | Case No. 24-90486 (ARP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 45-4101469 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SWWSMEDIA.COM, LLC, | ) | Case No. 24-90490 (ARP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 83-2871443 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TRAVERSE DATA, INC., | ) | Case No. 24-90492 (ARP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 82-2617686 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| UE AUTHORITY, CO., | ) | Case No. 24-90496 (ARP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 80-0234319 | ) | |

7

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W4 HOLDING COMPANY, LLC, | ) | Case No. 24-90499 (ARP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 83-1008354 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WHITE STAR EMAIL LLC, | ) | Case No. 24-90498 (ARP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 83-2878664 | ) | |

**ORDER (I) DIRECTING JOINT ADMINISTRATION
OF THE CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon the emergency motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. § 1408; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

provided; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before the Court, if any; and the Court having determined that the legal and factual bases set forth in support of the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under the case of Digital Media Solutions, Inc., *et al.*, Case No. 24-90468 (ARP). All of the jointly administered cases are assigned to Judge Perez.

2. Additionally, the following checked items are ordered:

    a. ☒ One disclosure statement and plan of reorganization may be filed for all of the cases by any plan proponent.

    b. ☒ Parties may request joint hearings on matters pending in any of the jointly administered cases.

    c. ☒ Other: See below.

3. The caption of the jointly administered cases will read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE SOUTHERN DISTRICT OF TEXAS  
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DIGITAL MEDIA SOLUTIONS, INC., *et al.*,[1] | ) Case No. 24-90468 (ARP) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/DMS. The location of Debtor Digital Media Solutions, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 4800 140th Avenue North, Suite 101, Clearwater, Florida 33762.

9

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. A docket entry, substantially similar to the following, shall be entered on the dockets of each of the Debtors, other than Digital Media Solutions, Inc., to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure and rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing joint administration of the chapter 11 cases of: Aramis Interactive, LLC, Case No. 24-90467 (ARP); Digital Media Solutions, Inc., Case No. 24-90468 (ARP); Aimtell Holdco, Inc., Case No. 24-90469 (ARP); Aimtell LLC, Case No. 24-90470 (ARP); Apex Digital Solutions, LLC, Case No. 24-90472 (ARP); Art Brock Holdings, LLC, Case No. 24-90475 (ARP); Best Rate Holdings, LLC, Case No. 24-90477 (ARP); Best Rate Referrals, Inc., Case No. 24-90479 (ARP); Car Loan Pal Holdings LLC, Case No. 24-90483 (ARP); CEP V DMS US Blocker Company, Case No. 24-90487 (ARP); CGIW Marketing Services, LLC, Case No. 24-90471 (ARP); Dealtaker, LLC, Case No. 24-90476 (ARP); Digital Media Solutions Holdings, LLC, Case No. 24-90481 (ARP); Digital Media Solutions, LLC, Case No. 24-90485 (ARP); DMS Education LLC, Case No. 24-90488 (ARP); DMS Engage, LLC, Case No. 24-90491 (ARP); DMS UE Acquisition Holdings Inc., Case No. 24-90495 (ARP); Edge Marketing, LLC, Case No. 24-90500 (ARP); Forte Media Solutions, LLC, Case No. 24-90503 (ARP); Health Market Advisor Group, LLC, Case No. 24-90473 (ARP); Orange Cedar Holdings, LLC, Case No. 24-90480 (ARP); Peak Vertex LLC, Case No. 24-90484 (ARP); Performance Marketers Group, LLC, Case No. 24-90489 (ARP); Protect.com LLC, Case No. 24-90502 (ARP); Pure Flow Marketing, LLC, Case No. 24-90501 (ARP); PushPros LLC, Case No. 24-90497 (ARP); RGO Media LLC, Case No. 24-90494 (ARP); Schooladvisor, LLC, Case No. 24-90493 (ARP); She is Media, LLC, Case No. 24-90474 (ARP); SmarterChaos.com, LLC, Case No. 24-90478 (ARP); Sparkroom Holdings, LLC, Case No. 24-90482 (ARP); Sparkroom, LLC, Case No. 24-90486 (ARP); SWWSMedia.com, LLC, Case No. 24-90490 (ARP); Traverse Data, Inc., Case No. 24-90492 (ARP); UE Authority, Co., Case No. 24-90496 (ARP); W4 Holding Company, LLC, Case No. 24-90499 (ARP); and White Star Email LLC, Case No. 24-90498 (ARP). **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 24-90468 (ARP).**

The Debtors shall maintain, and the Clerk of the Court shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive

consolidation of these chapter 11 cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

6. Notice of the Motion as set forth therein shall be deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules are satisfied by such notice.

7. Notwithstanding any Bankruptcy Rule or Bankruptcy Local Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8. The Debtors and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted in this Order.

9. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: September 12, 2024

_____
Alfredo R Pérez
United States Bankruptcy Judge