| Information to identify the case: | | |
|---|---|---|
| Debtor: **Digital Media Solutions, Inc., _et al._** <br> Name | | EIN: **98-1399727** |
| United States Bankruptcy Court for the Southern District of Texas | | |
| Case Number: **24-90468 (ARP)** | Date case filed for Chapter 11: <br> **September 11, 2024** | |

Official Form 309F1 (For Corporations or Partnerships)

**Notice of Chapter 11 Bankruptcy Case**                                                      **10/20**

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

   **The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

1. **Debtors' full name:** <u>See chart below.</u>

   **List of Jointly Administered Cases**

| NO. | DEBTOR | ADDRESS | CASE NO. | EIN # |
|---|---|---|---|---|
| 1 | Digital Media Solutions, Inc. | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90468 (ARP) | 98-1399727 |
| 2 | Aimtell Holdco, Inc. | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90469 (ARP) | 87-3191701 |
| 3 | Aimtell LLC | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90470 (ARP) | 81-2101619 |
| 4 | Apex Digital Solutions, LLC | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90472 (ARP) | 84-5186428 |
| 5 | Aramis Interactive, LLC | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90467 (ARP) | 61-1719135 |
| 6 | Art Brock Holdings, LLC | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90475 (ARP) | 83-2835588 |
| 7 | Best Rate Holdings, LLC | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90477 (ARP) | 81-2999663 |
| 8 | Best Rate Referrals, Inc. | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90479 (ARP) | 82-0739283 |
| 9 | Car Loan Pal Holdings LLC | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90483 (ARP) | 46-5259649 |
| 10 | CEP V DMS US Blocker Company | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90487 (ARP) | 35-2551290 |
| 11 | CGIW Marketing Services, LLC | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90471 (ARP) | 83-2840264 |

| 12 | Dealtaker, LLC | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90476 (ARP) | 83-2644401 |
|---|---|---|---|---|
| 13 | Digital Media Solutions Holdings, LLC | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90481 (ARP) | 83-1213740 |
| 14 | Digital Media Solutions, LLC | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90485 (ARP) | 90-0824110 |
| 15 | DMS Education LLC | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90488 (ARP) | 83-2795319 |
| 16 | DMS Engage, LLC | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90491 (ARP) | 82-2584938 |
| 17 | DMS UE Acquisition Holdings Inc. | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90495 (ARP) | 84-3534105 |
| 18 | Edge Marketing, LLC | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90500 (ARP) | 35-2709414 |
| 19 | Forte Media Solutions, LLC | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90503 (ARP) | 80-0806270 |
| 20 | Health Market Advisor Group, LLC | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90473 (ARP) | 82-1768079 |
| 21 | Orange Cedar Holdings, LLC | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90480 (ARP) | 83-2914610 |
| 22 | Peak Vertex LLC | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90484 (ARP) | 88-1107504 |
| 23 | Performance Marketers Group, LLC | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90489 (ARP) | 83-3207747 |
| 24 | Protect.com LLC | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90502 (ARP) | 90-0824110 |
| 25 | Pure Flow Marketing, LLC | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90501 (ARP) | 46-3327199 |
| 26 | PushPros LLC | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90497 (ARP) | 43-2056223 |
| 27 | RGO Media LLC | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90494 (ARP) | 83-2904024 |
| 28 | Schooladvisor, LLC | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90493 (ARP) | 47-3032551 |
| 29 | She is Media, LLC | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90474 (ARP) | 46-2822343 |
| 30 | SmarterChaos.com, LLC | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90478 (ARP) | 45-4946231 |
| 31 | Sparkroom Holdings, LLC | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90482 (ARP) | 81-1382771 |
| 32 | Sparkroom, LLC | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90486 (ARP) | 45-4101469 |
| 33 | SWWSMedia.com, LLC | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90490 (ARP) | 83-2871443 |
| 34 | Traverse Data, Inc. | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90492 (ARP) | 82-2617686 |
| 35 | UE Authority, Co. | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90496 (ARP) | 80-0234319 |
| 36 | W4 Holding Company, LLC | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90499 (ARP) | 83-1008354 |
| 37 | White Star Email LLC | 4800 140th Avenue N., Suite 101, Clearwater, FL 33762 | 24-90498 (ARP) | 83-2878664 |

| | |
|---|---|
| **2.** | **All other names used in the last 8 years: <u>See Rider 1</u>.** |
| **3.** | **Address: See chart above.** |
| **4.** | **Debtors' attorneys:** |

**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
James A. Keefe (TX Bar No. 24122842)
1000 Main St., 36th Floor

Debtors' notice and claims agent (for court documents and case information inquiries):

**Case Website:**
https://omniagentsolutions.com/DMS
**Email:**        DMSInquiries@OmniAgnt.com

| | |
|---|---|
| Houston, Texas 77002<br>Telephone: (713) 226-6000<br>Facsimile: (713) 226-6248<br>Email: jhiggins@porterhedges.com<br>Email: sjohnson@porterhedges.com<br>Email: myoung-john@porterhedges.com<br>Email: jkeefe@porterhedges.com<br><br>-and-<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (*pro hac vice* pending)<br>Elizabeth H. Jones  (*pro hac vice* pending)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email:       joshua.sussberg@kirkland.com<br>              elizabeth.jones@kirkland.com<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Alexandra F. Schwarzman, P.C. (*pro hac vice* pending)<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email:       alexandra.schwarzman@kirkland.com<br><br>Proposed Co-Counsel to the Debtors<br>and Debtors in Possession | **Telephone**: (866) 680-8083       (Toll-free)<br>              +1 (818) 574-6886 (International)<br><br>**If by First-Class Mail:**<br>Digital Media Solutions, Inc.<br>4800 140th Avenue North, Suite 101<br>Clearwater, Florida 33762<br><br>**If by Hand Delivery or Overnight Mail:**<br>Digital Media Solutions, Inc.<br>4800 140th Avenue North, Suite 101<br>Clearwater, Florida 33762 |

| 5. | **Bankruptcy Clerk's Office** | | |
|---|---|---|---|
| | Documents in this case may be filed at this address. | **United States Courthouse**<br>**515 Rusk Avenue**<br>**Houston, Texas  77002** | **Hours Open:  Monday - Friday**<br>**8:00 AM - 5:00 PM CT**<br>**Contact phone:  713-250-5500** |
| | You may inspect all records filed in this case at this office or online at www.pacer.gov | All documents in this case are available free of charge on the website of the Debtors' notice and claims agent at https://omniagentsolutions.com/DMS. | |

| 6. | **Meeting of Creditors** | | |
|---|---|---|---|
| | | [●] at [●] a.m./p.m. (prevailing Central Time) | **Location:**<br>**Telephone Conference Call**<br><br>**Dial:  [●]**<br>**Code:  [●]** |
| | The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.  If so, the date will be on the court docket. | |

| 7. | **Proof of Claim Deadline:** | | |
|---|---|---|---|
| | | **Deadline for filing proof of claim:** | **General Bar Date:**<br>**November 14, 2024 at 5:00 PM CT**<br><br>**Governmental Bar Date:**<br>**March 10, 2025 at 5:00 PM CT** |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |

Official Form 309F1 (For Corporations or Partnerships)              **Notice of Chapter 11 Bankruptcy Case**

|  | Your claim will be allowed in the amount scheduled unless:<br>• Your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• You file a proof of claim in a different amount; or<br>• You receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
|---|---|
| **8. Exception to discharge deadline**<br><br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:  Not applicable** |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

**Rider 1**
**Other Names Used in the Last 8 Years**

| Current Entity Name | Former Entity Name |
|---|---|
| Aimtell LLC | The Shopper Survey |
| Best Rate Holdings, LLC | Best Rate Referrals; BetterLoanChoice.com; Loan Advisor; Mortgage Advisor; USA Rate Center |
| Car Loan Pal Holdings LLC | Car Loan Pal; carloanpal.com |
| Digital Media Solutions, LLC | DMS Education; Protect Health Insurance Agency; Protect Health Insurance Agency LLC; Protect Insurance Agency; Protect Health |
| Edge Marketing, LLC | Crisp Connections; Crisp Results; HealthFind; Legacy Quote; Med Alert Pros; Medicare Deluxe; Medicare Discount Card; Medicare Plus Card; Medicare Rewards; Medicare World; Senior Life |
| Forte Media Solutions, LLC | Advocacy Center; Auto Help Center; Career Plan Center; Career Plan Guide; Career Resource Center; Consumer Auto Services; Consumer Council; CPC; CPG; CRG; Digital Rewards; Disability Advisor; Education Hunt Helpers; Education Resource Center; Education Resource Guide; Education Search Helpers; EHH; Fosina Marketing Group; Healthmarketadvisor; JHH; Job Hunt Helpers; Job Resource Guide; JRG; LifeMatters; PMP Health; Protect.com; Rewards Advisor; Senior Aid Guides; Senior Aid Helper; Senior Care Guides; SimplyCreditCards.com; SimplyJobs; SimplyJobs.com; WellnessConnect |
| Health Market Advisor Group, LLC | Healthmarketadvisor |
| Peak Vertex LLC | Career Resource Group; Digital Benefits Group; Education Resource Group; Go Live Rewards; Insurance Resource Group; Prize Advisor; Rewards Advisor |
| Performance Marketers Group, LLC | CAC; Career Resource Center; Consumer Advocacy Center; CRC; Education Resource Center; Education Resource Guide; Education Search Helpers; ERC; ERG; ESH; Job Resource Center; Job Search Helpers; JRC; JSH; Loan Resource Center; LRC; Rewards Search Center; RSC; Samples Help Center; SHC; SRC; Survey Resource Center |
| Pure Flow Marketing, LLC | PF Marketing; PureFlow |
| PushPros LLC | PushPros Inc.; Leadstore.com, Inc. |
| Schooladvisor, LLC | Classesandcareers.com; collegeatlas.org; DegreeSearch; Degreesearch.org; Digital Media Solutions Holdings; Simplyjobs.com; One on One Marketing Holdings, LLC |
| Sparkroom Holdings, LLC | DMS Digital Agency |
| Traverse Data, Inc. | Omni Marketing Technologies |
| UE Authority, Co. | Discount Insurance Quotes; Quotza; ZipQuote |
| W4 Holding Company, LLC | DMS Performance Ad Market |