IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| DIGITAL MEDIA SOLUTIONS, INC., *et al.*,[1] | Case No. 24-90468 (ARP) |
| Debtors. | (Jointly Administered) |

**DEBTORS' AGENDA OF MATTERS SET FOR VIRTUAL HEARING
ON OCTOBER 16, 2024 AT 1:00 P.M. (PREVAILING CENTRAL TIME)**

TO THE HONORABLE ALFREDO R. PEREZ:

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this Agenda of matters set for *hybrid hearing* on **October 16, 2024 at 1:00 p.m. (prevailing Central Time)** (the "Hearing") before the Honorable Judge Alfredo R. Perez, United States Bankruptcy Judge, Courtroom 400, 515 Rusk Street, Houston, Texas 77002:

**A. Motions**

1. **Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors, Foreign Claimants and (II) Granting Related Relief [Docket No. 8].**

   **Status:** Going forward.

   **Related Documents:**

   a. **Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and Foreign Claimants and (II) Granting Related Relief [Docket No. 65].**

   b. **Second Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and Foreign**

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/DMS. The location of Debtor Digital Media Solutions, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 4800 140th Avenue North, Suite 101, Clearwater, Florida 33762.

    Claimants and (II) Granting Related Relief [Docket No. 171].

2. **Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Senior Secured Priming Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 18].**

   **Status:** Going forward.

   **Related Documents:**

   a. Declaration of Ryan Sandahl in Support of the Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Senior Secured Priming Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 19].

   b. Declaration of Zachary Rose in Support of the Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Senior Secured Priming Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 20].

   c. Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Senior Secured Priming Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 66].

3. **Debtors' Motion for Entry of an Order (I) Approving the Bidding Procedures, (II) Scheduling Certain Dates with Respect Thereto,**

**(III) Approving the Form and Manner of Notice Thereof, (IV) Approving the Stalking Horse Agreement and Expense Reimbursement, (V) Establishing Notice and Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (VI) Authorizing the Assumption and Assignment of Assumed Executory Contracts and Unexpired Leases, (VII) Authorizing the Sale of Assets, and (VIII) Granting Related Relief [Docket No. 22].**

**Status:** Going forward. Cigna objection to be resolved via supplemental language in a revised form of order.

**Related Documents:**

    a. **Declaration of Ryan Sandahl in Support of Debtors' Motion for Entry of an Order (I) Approving the Bidding Procedures, (II) Scheduling Certain Dates with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving the Stalking Horse Agreement and Expense Reimbursement, (V) Establishing Notice and Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (VI) Authorizing the Assumption and Assignment of Assumed Executory Contracts and Unexpired Leases, (VII) Authorizing the Sale of Assets, and (VIII) Granting Related Relief [Docket No. 23].**

    b. **Objection of Cigna to Debtors' Motion for Entry of an Order (I) Approving the Bidding Procedures, (II) Scheduling Certain Dates with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving the Stalking Horse Agreement and Expense Reimbursement, (V) Establishing Notice and Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (VI) Authorizing the Assumption and Assignment of Assumed Executory Contracts and Unexpired Leases, (VII) Authorizing the Sale of Assets, and (VIII) Granting Related Relief [Docket No. 134].**

    c. **Notice of Filing the Form of Sale Order in Connection with the Stalking Horse Agreement [Docket No. 177].**

    d. **Omnibus Objection of the Official Committee of Unsecured Creditors to Debtors' Emergency Motions to Obtain Post-Petition Debtor-in-Possession Financing and Approve Bidding Procedures [Docket No. 180].**

    e. **Declaration of John P. Madden in Support of Omnibus Objection of the Official Committee of Unsecured Creditors**

        to Debtors' Emergency Motions to Obtain Post-Petition Debtor-in-Possession Financing and Approve Bidding Procedures [Docket No. 181].

4. **Debtors' Motion for Entry of an Order (I) Authorizing, Effective *Nunc Pro Tunc* to the Petition Date, (A) the Rejection of Certain Unexpired Leases and (B) Abandonment of Certain Personal Property, and (II) Granting Related Relief [Docket No. 24].**

    **Status:** Going forward.

    **Related Documents:**

    a. Limited Objection and Reservation of Rights of Landlord 225 Broadway LLC to Debtor's Motion for Entry of an Order (I) Authorizing, Effective *Nunc Pro Tunc* to the Petition Date, (A) the Rejection of Certain Unexpired Leases and (B) Abandonment of Certain Personal Property, and (II) Granting Related Relief [Docket No. 146].

5. **Debtors' <u>Emergency</u> Motion for Entry of a Second Order (I) Extending Time to File (A) Schedules and Statements and (B) Rule 2015.3 Financial Reports, and (II) Granting Related Relief [Docket No. 178].**

    **Status:** Going forward.

B. **General Related Documents**

    1. **Notice of Telephonic and Video Conference Hearing on October 8, 2024 at 1:00 P.M. (Prevailing Central Time) [Docket No. 117].**

    2. **Debtors' Witness and Exhibit List for Hearing on October 8, 2024 at 1:00 P.M. (Prevailing Central Time) [Docket No. 151].**

    3. **Notice of Adjournment of Hearing on Critical Vendors Motion, DIP Motion, Bidding Procedures Motion, and Lease Rejection Motion [Docket No. 158].**

    4. **Official Committee of Unsecured Creditors' Witness and Exhibit List for Hearing Scheduled for October 16, 2024 [Docket No. 179].**

    5. **Debtors' Amended Witness and Exhibit List for Hearing on October 16, 2024 at 1:00 P.M. (prevailing Central Time) [Docket No. 187].**

Houston, Texas
Dated: October 15, 2024

/s/ *John F. Higgins*

| | |
|---|---|
| **PORTER HEDGES LLP** | **KIRKLAND & ELLIS LLP** |
| John F. Higgins (TX Bar No. 09597500) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| M. Shane Johnson (TX Bar No. 24083263) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Megan Young-John (TX Bar No. 24088700) | Elizabeth H. Jones (admitted *pro hac vice*) |
| James A. Keefe (TX Bar No. 24122842) | 601 Lexington Avenue |
| 1000 Main St., 36th Floor | New York, New York 10022 |
| Houston, Texas 77002 | Telephone: (212) 446-4800 |
| Telephone: (713) 226-6000 | Facsimile: (212) 446-4900 |
| Facsimile: (713) 226-6248 | Email: joshua.sussberg@kirkland.com |
| Email: jhiggins@porterhedges.com | elizabeth.jones@kirkland.com |
| sjohnson@porterhedges.com | |
| myoung-john@porterhedges.com | -and- |
| jkeefe@porterhedges.com | |
| | Alexandra F. Schwarzman, P.C. (admitted *pro hac vice*) |
| *Proposed Co-Counsel to the Debtors* | 333 West Wolf Point Plaza |
| *and Debtors in Possession* | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: alexandra.schwarzman@kirkland.com |
| | |
| | *Proposed Co-Counsel to the Debtors* |
| | *and Debtors in Possession* |

**Certificate of Service**

I certify that on October 15, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

<i>/s/ John F. Higgins</i>
John F. Higgins