IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DIGITAL MEDIA SOLUTIONS, INC., *et al.*,[1] | ) ) ) | Case No. 24-90468 (ARP) |
| Debtors. | ) ) ) | (Jointly Administered) |

**DEBTORS' AGENDA OF MATTERS SET FOR VIRTUAL HEARING
ON JANUARY 3, 2025 AT 10:00 A.M. (PREVAILING CENTRAL TIME)**

TO THE HONORABLE ALFREDO R. PÉREZ:

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this Agenda of matters set for *virtual hearing* on **January 3, 2025 at 10:00 a.m. (prevailing Central Time)** (the "Hearing") before the Honorable Judge Alfredo R. Pérez, United States Bankruptcy Judge, Courtroom 400, 515 Rusk Street, Houston, Texas 77002:

A. Motion

    1. **Creditors' Emergency Motion to Extend the Time to File Their Proof of Claim by Nineteen (19) Days, Until December 3, 2024 [Docket No. 544].**

    **Status:** Going forward.

    **Related Documents:**

        a. **Notice of Telephonic and Video Conference Hearing on Emergency Motion [Docket No. 545].**

        b. **Witness and Exhibit List (Filed By Tiesha Foreman, Veronica King, Paula Langley, Navaquote, LLC, Conswallo**

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/DMS. The location of Debtor Digital Media Solutions, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 4800 140th Avenue North, Suite 101, Clearwater, Florida 33762.

1

Turner, Angelina Wells, Winn Insurance Agency, LLC) [Docket No. 605].

c. Witness and Exhibit List (Filed By Tiesha Foreman, Veronica King, Paula Langley, Navaquote, LLC, Conswallo Turner, Angelina Wells, Winn Insurance Agency, LLC) [Docket No. 606].

d. Debtors' Witness and Exhibit List for Hearing on January 3, 2025, at 10:00 A.M. (Prevailing Central Time) [Docket No. 607].

*[Remainder of page intentionally left blank]*

Houston, Texas
Dated: January 2, 2025

/s/ *John F. Higgins*

| | |
|---|---|
| **PORTER HEDGES LLP** | **KIRKLAND & ELLIS LLP** |
| John F. Higgins (TX Bar No. 09597500) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| M. Shane Johnson (TX Bar No. 24083263) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Megan Young-John (TX Bar No. 24088700) | Elizabeth H. Jones (admitted *pro hac vice*) |
| James A. Keefe (TX Bar No. 24122842) | 601 Lexington Avenue |
| 1000 Main St., 36th Floor | New York, New York 10022 |
| Houston, Texas 77002 | Telephone: (212) 446-4800 |
| Telephone: (713) 226-6000 | Facsimile: (212) 446-4900 |
| Facsimile: (713) 226-6248 | Email: joshua.sussberg@kirkland.com |
| Email: jhiggins@porterhedges.com | elizabeth.jones@kirkland.com |
| sjohnson@porterhedges.com | |
| myoung-john@porterhedges.com | -and- |
| jkeefe@porterhedges.com | |
| | Alexandra F. Schwarzman, P.C. (admitted *pro hac vice*) |
| | 333 West Wolf Point Plaza |
| *Co-Counsel to the Debtors* | Chicago, Illinois 60654 |
| *and Debtors in Possession* | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: alexandra.schwarzman@kirkland.com |
| | |
| | *Co-Counsel to the Debtors* |
| | *and Debtors in Possession* |

3

17020405

## Certificate of Service

I certify that on January 2, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                         */s/ John F. Higgins*
                                         John F. Higgins

17020405