**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DIGITAL MEDIA SOLUTIONS, INC., *et al.*,[1] | ) Case No. 24-90468 (ARP) |
| | ) |
| | ) (Jointly Administered) |
| Debtors, | ) |

**PRESIDIO INTERACTIVE CORPORATION'S
OBJECTION TO CONFIRMATION OF CHAPTER 11 PLAN**
*Relates to Motion filed at ECF No. 447*

TO THE HONORABLE ALFREDO R. PÉREZ, UNITED STATES BANKRUPTCY JUDGE:

Presidio Interactive Corporation (the "Presidio"), hereby files this Objection (the "Objection") to the *Joint Chapter 11 Plan of Digital Media Solutions, Inc. and Its Debtor Affiliates* (the "Plan") [2] [ECF No. 447] and represents as follows:

1. On November 20, 2024, the Debtors filed the Plan and the accompanying *Disclosure Statement for the Joint Chapter 11 Plan of Digital Media Solutions, Inc. and Its Debtor Affiliates* (the "Disclosure Statement") [ECF No. 446].

2. On December 9, 2024, the Court entered an *Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures with Respect to Confirmation of the Debtors' Proposed Chapter 11 Plan, (III) Approving the Forms of Ballot and Notices in Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief* (the "Order"). [ECF No. 518].

3. The Order provides:

> Objections to the adequacy of the Disclosure Statement or confirmation of the Plan will not be considered by the Court unless such objections are timely filed and properly served in accordance with this Order. Specifically, all objections to the adequacy of the Disclosure Statement and confirmation of the Plan or requests for modifications to the Plan, if any, must: (a) be in writing; (b) conform to the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and any orders of the Court; (c) state the name and address, with particularity, of the objecting party and the amount and nature of the Claim or Interest beneficially owned by such entity; (d) state, with particularity, the legal and factual basis for

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/DMS. The location of Debtor Digital Media Solutions, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 4800 140th Avenue North, Suite 101, Clearwater, Florida 33762.

such objections, and, if practicable, a proposed modification to the Plan or Disclosure Statement that would resolve such objections; and (e) be filed with the Court with proof of service thereof and served upon the Debtors so as to be actually received by the Plan and Disclosure Statement Objection Deadline, January 7, 2025, at 4:00 p.m. (prevailing Central Time).

[*Id.* at 3-4.]

4. Presidio is a Delaware Corporation with its principal headquarters located in Ponte Vedra Beach, Florida, 32082. Presidio accepts notice related to this matter through its counsel, Watstein Terepka LLP, Attn: Patrick James Fitzgerald, at 1055 Howell Mill Road, 8th Floor, Atlanta, Georgia, 30318.

5. Presidio filed the following claims against Digital Media Solutions, LLC ("DMS"), one of the Debtors in this case:

    a. Presidio filed Claim No. 30 on November 14, 2024 in the amount of $227,536.45 based on unliquidated damages for abuse of process.

    b. Presidio filed Claim No. 31 on November 14, 2024 in the amount of $227,536.45 based on damages for rejection of settlement offer.

    c. Presidio filed Claim No. 32 on November 14, 2024 in the amount of $4,751.28 based on goods and services sold.

    d. Presidio filed Claim No. 33 on November 14, 2024 in the amount of $100,743.77 (amending its earlier Claim No. 8, filed on November 7, 2024 in the amount of $100,643.77) based on an arbitration award.

6. Presidio also filed an adversary proceeding complaint against DMS on December 10, 2024 seeking confirmation of an arbitration award and a finding of non-dischargeability of Presidio's damages incurred as a result of DMS's abuse of process. [ECF No. 1, Adv. Pro. 24-3265.]

7. To the extent the Plan's exculpation provision or any other provision(s) of the Plan can be interpreted to in any way limit or discharge DMS's liability for its willful and malicious conduct that serves as the basis for Presidio's adversary proceeding, Presidio objects to that exculpation provision or other provision(s) as overly broad and inequitable.

8. Presidio requests the inclusion of language in the exculpatory provision specifically stating that neither that provision nor any other Plan provision limits or should be interpreted to limit DMS's liability for the conduct at issue in Presidio's adversary proceeding. [*See generally* ECF No. 1, Adv. Pro. 24-3265.]

9. Presidio reserves all rights to challenge the application of the exculpatory provision or any other Plan provision(s) to Presidio's claims.

10. Presidio further objects to the extent the Plan reserves a claim by DMS against Presidio. Presidio has no evidence that it owes a balance to DMS in the amount stated.

Respectfully submitted, this 7th day of January 2024.

**WATSTEIN TEREPKA, LLP**

*/s/ Patrick J. Fitzgerald*
Ryan D. Watstein (*pro hac vice*)
Patrick J. Fitzgerald (*pro hac vice*)
Logan R. Leonard (*pro hac vice*)
**WATSTEIN TEREPKA, LLP**
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
Telephone: (404) 782-0695
ryan@wtlaw.com
pfitzgerald@wtlaw.com
lleonard@wtlaw.com

*Attorneys for Petitioner Presidio Interactive Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the forgoing to be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, which includes the parties listed below, on this 7th day of January 2025.

| **DEBTORS** | **COUNSEL FOR THE DEBTORS** |
|---|---|
| Digital Media Solutions, Inc., et al. | John F. Higgins |
| 4800 140th Avenue North, Suite 101 Clearwater, FL 33762 | M. Shane Johnson |
| | Megan Young-John |
| | James A. Keefe |
| VIA ECF Noticing through their attorney | Porter Hedges LLP |
| | 1000 Main Street, 36th Floor |
| | Houston, TX 77002 |
| | |
| | VIA ECF Noticing |
| | |
| | Joshua A. Sussberg |
| | Elizabeth H. Jones |
| | Kirkland & Ellis LLP |
| | Kirkland & Ellise International LLP |
| | 601 Lexington Avenue |
| | New York, NY 10022 |
| | |
| | VIA ECF Noticing |
| | |
| | Alexandra F. Schwarzman |
| | Kirkland & Ellis LLP |
| | Kirkland & Ellise International LLP |
| | 333 West Wolf Point Plaza |
| | Chicago, IL 60654 |
| | |
| | VIA ECF Noticing |
| **US TRUSTEE** | **CREDITOR COMMITTEE** |
| Jana Smith Whitworth | Jennifer Jaye Hardy |
| Office of the US Trustee | Willkie Farr Gallagher LLP |
| 515 Rusk Avenue, Suite 3516 | 600 Travis Street, Suite 2310 |
| Houston, TX 77002 | Houston, TX 77002 |
| | |
| VIA ECF Noticing | VIA ECF Noticing |

*/s/ Ryan D. Watstein*
Ryan D. Watstein