IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| DIGITAL MEDIA SOLUTIONS, INC., *et al.*,[1] | ) Case No. 24-90468 (ARP) ) |
| Debtors. | ) (Jointly Administered) ) |

**JOINT STIPULATION BETWEEN THE DEBTORS
AND THE UNITED STATES DEPARTMENT OF JUSTICE**

[Relates to Docket Nos. 518, 521, 522]

The above-captioned debtors and debtors in possession (collectively, the "Debtors") and the United States of America (the "United States," and together with the Debtors, the "Parties") hereby enter into this joint stipulation (this "Stipulation") as follows:

**RECITALS**

WHEREAS, on September 11, 2024 (the "Petition Date"), the Debtors commenced filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (this "Court"). The Debtors are managing their chapter 11 cases as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code;

WHEREAS, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409;

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/DMS. The location of Debtor Digital Media Solutions, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 4800 140th Avenue North, Suite 101, Clearwater, Florida 33762.

WHEREAS, on December 9, 2024, the Debtors filed solicitation versions of the *Disclosure Statement for the Joint Chapter 11 Plan of Digital Media Solutions, Inc. and Its Debtor Affiliates* [Docket No. 522] (the "Disclosure Statement") and the *Joint Chapter 11 Plan of Digital Media Solutions, Inc. and Its Debtor Affiliates* [Docket No. 521] (the "Plan");

WHEREAS, on December 9, 2024, this Court entered the *Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures with Respect to Confirmation of the Debtors' Proposed Chapter 11 Plan, (III) Approving the Forms of Ballot and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief* [Docket No. 518] (the "Conditional Disclosure Statement Order");

WHEREAS, pursuant to the Conditional Disclosure Statement Order, the deadline to file and serve any objection to confirmation of the Plan and/or final approval of the Disclosure Statement is January 7, 2025, at 4:00 p.m., prevailing Central Time (the "Plan and Disclosure Statement Objection Deadline");

WHEREAS, pursuant to the Conditional Disclosure Statement Order, the deadline to submit any Opt-Out Form to the Claims and Balloting Agent is January 7, 2025, at 4:00 p.m., prevailing Central Time (the "Opt-Out Deadline");

WHEREAS, the United States has requested extensions of both the Plan and Disclosure Statement Objection Deadline and the Opt-Out Deadline; and

WHEREAS, the Parties have agreed to stipulate to two-day extensions of both the Plan and Disclosure Statement Objection Deadline and the Opt-Out Deadline to January 9, 2025, at 4:00 p.m., prevailing Central Time, solely with respect to the United States.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BY THE PARTIES as follows:

1. The Plan and Disclosure Statement Objection Deadline is extended to January 9, 2025, at 4:00 p.m., prevailing Central Time, solely with respect to the United States.

2. The Opt-Out Deadline is extended to January 9, 2025, at 4:00 p.m., prevailing Central Time, solely with respect to the United States.

**IN WITNESS WHEREOF,** this Stipulation has been executed and delivered as of the day and year first written below.

Houston, Texas
Dated:  January 7, 2025

/s/ *John F. Higgins*

| | |
|---|---|
| **PORTER HEDGES LLP** | **KIRKLAND & ELLIS LLP** |
| John F. Higgins (TX Bar No. 09597500) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| M. Shane Johnson (TX Bar No. 24083263) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Megan Young-John (TX Bar No. 24088700) | Elizabeth H. Jones (admitted *pro hac vice*) |
| James A. Keefe (TX Bar No. 24122842) | 601 Lexington Avenue |
| 1000 Main St., 36th Floor | New York, New York 10022 |
| Houston, Texas 77002 | Telephone: (212) 446-4800 |
| Telephone: (713) 226-6000 | Facsimile: (212) 446-4900 |
| Facsimile: (713) 226-6248 | Email: joshua.sussberg@kirkland.com |
| Email: jhiggins@porterhedges.com | elizabeth.jones@kirkland.com |
| sjohnson@porterhedges.com | |
| myoung-john@porterhedges.com | -and- |
| jkeefe@porterhedges.com | |
| | Alexandra F. Schwarzman, P.C. (admitted *pro hac vice*) |
| *Co-Counsel to the Debtors* | 333 West Wolf Point Plaza |
| *and Debtors in Possession* | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: alexandra.schwarzman@kirkland.com |
| | |
| | *Co-Counsel to the Debtors and Debtors in Possession* |

-and-

*/s/ Paul B. Moore*
PAUL B. MOORE
Attorney-in-Charge
Assistant United States Attorney
Texas Bar No. 24032755
Southern District of Texas Bar No. 802542

1000 Louisiana, Suite 2300
Houston, Texas 77002
Telephone:      (713) 567-9779
Facsimile:       (713) 718-3303
Email:             Paul.Moore@usdoj.gov

ATTORNEY FOR THE UNITED STATES